IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD CHRISTIAN, TERESA COLE,

        Plaintiffs,

  v.

PITTSBURG POLICE DEPARTMENT, et al.,

        Defendants.
                                     /

No. CV-09-1770 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice under Heck.

Dated: June 9, 2009                                            Richard W. Wieking, Clerk

                                                                      By: Tracy Lucero
                                                                      Deputy Clerk